# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** March 14, 2024

**CASE OF:** IN RE: AMENDMENTS TO FLORIDA FAMILY LAW RULES OF PROCEDURE - FORMS 12.900(H) AND 12.928

**DOCKET NO.:** SC2024-0072

**OPINION FILED:** February 22, 2024

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 10, line 1, (C) was deleted before "61, Florida Statutes, other than simplified dissolution."
On p. 10, line 2, (D) was changed to (C).
On p. 10, line 4, (E) was changed to (D).
On p. 10, line 6, (F) was changed to (E).
On p. 10, line 8, (G) was changed to (F).
On p. 10, line 10, (H) was changed to (G).
On p. 10, line 12, (I) was changed to (H).
On p. 10, line 17, (J) was changed to (I).
On p. 10, line 19, (K) was changed to(J).
On p. 10, line 21, (L) was changed to (K).
On p. 10, line 23, (M) was changed to (L).
On p. 10, line 25, (N) was changed to (M).
On p. 10, line 32, (O) was changed to (N).
On p. 10, line 35, (P) was changed to (O).
On p. 10, line 37, (Q) was changed to (P).
On p. 10, line 39, (R) was changed to (Q).
On p. 10, line 41, (S) was changed to (R).
On p. 10, line 42, (T) was changed to (S).
On p. 10, line 44, (U) was changed to (T).
On p. 11, line 1, (V) was changed to (U).
On p. 11, line 2, (W) was changed to (V).
On p. 11, line 4, (X) was changed to (W).

On p. 11, line 6, (Y) was changed to (X).
On p. 11, line 8, (Z) was changed to (Y).

**SIGNED:  OPINION CLERK**